September 23, 2016

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 28 2016

Abel Acosta. Clerk

To Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Christian Alberto Martinez PD-1073-16
Adoption of Attorney's PDR and Suspension of Rule 9.3(b)

My friend on my unit is helping me file this letter to help clarify the filing of my petiton for discretionary review.

On August 24, 2016 the 8th Court of Appeals Affirmed my conviction. At this time I was unaware if my Court Appointed Attorney would be filing a PDR for me. I filed a pro se motion to extend the time for this filing and a motion to suspend Rule 9.3(b) The Court Granted these motions and the time for filing my PDR was extended to November 22, 2016. Subsequent to the Court Granting these motions my attorney informed me even though he was court appointed he felt the nature of my grounds for review would be perplexing and of importance for the CCA to consider. He told me he would be filing a PDR on my behalf.

FILED IN
COURT OF CRIMINAL APPEAL
SEP 28 2016
Abel Acosta, Clerk

On September 20th, 2016 this Court filed my attorney's PDR and also informed me by post card that since it was electronicly filed according to Rule 9.3(b) 10 copies of this document must be filed within 3 days. I assert that I wish to adopt my attorney's PDR and do not wish to present to the Court a pro se PDR since I am not eligible for hybrid representation. My only consern is the court needs 10 copies of my PDR. In the event my attorney does not comply with Rule 9.3(b) I ask the court not to dismiss or refuse my petition. As I adopt my attorneys petition I ask for the court to Suspend this rule as on September 9, 2016 it Granted my pro se motion to extend this rule.

In the event the Court refuses my PDR I ask the clerk to please notify me by post card the day of its ruling. A writ writer at my unit believes my case is of National importance and would like to file a possible motion for rehearing in this court as well a writ of certiorari with U.S Supreme Court. It is crucial that I have a copy of the order refusing relief and knowledge of the date so I can file furthur proceedings within the applicable deadlines.

I ask the Court in considering my PDR to Grant relief as the Court of Appeals used the wrong harm standard Tex.R.App.P 44.2(b) instead of Rule 44.2(a) Numerous lay witness consering my mental status on the days leading up to the offense and to show the veracity of my mental disorder and that I was not malingering is obesrvation evidence of a Constitutinal Dimension. Without these witnesses my attorneys had no way to verify the truth of my Expert Psychologist and for the jury to disbelive the states expert that I was feigning my symptoms. Clark V. Arizona 126S.Ct.2709(2006)
                                    ᐧObservational Evidence

I also ask the Court in considering my PDR to Grant relief as in this case there is an evolving consesus that my sentence of life without parole is unconsitutional under Miller V. Alabama

132 S.Ct. 2455 (2012). The record in this case indicates that Appellant's IQ is well bellow the 72 threshold for mental retardation (RR Vol, p. 94) Because Appellants intellectual functioning is just like or even bellow someone of 18 years of age Miller holds life without parole is cruel and unusual punishment. The Court should want to take this petition up as sentencing mentally retarded people to life without parole is perplexing considering the dichtonomy of Miller condemning sentencing individuals who have less mental functioning of an adult.

Thank you for your time on considering my case. I again ask you to please notify me of a ruling on my case so I can pursue my futhur appeals especially in light of the 1 year AEDPA filing for a Federal Habeas Corpus.

I Christian Martinez have read the above following that was typed for me and declare I wish the Court of Criminal Appeals to consider my petition for discretionary review.

Dated and Signed this 23ʳᵈ DAY OF September 2016.

Christian Martinez#1919664
Robertson Unit
12071 F.M. 3522
Abilene, Tx 79601